UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>    GREGORY T JOHNSON<br>    MAXINE DOUGLAS JOHNSON<br>                                              Debtors | CASE NO: 07-33402<br>            (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4029101**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 9/ 1,009 | AMERICAN HOME MORTGAGE<br>BOX 631730<br>IRVING, TX  75063 | 0.10 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/3/2010

Certificate of Service 07-33402

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

GREGORY T JOHNSON
MAXINE DOUGLAS JOHNSON
211 FOLSOM DRIVE
DAYTON, OH 45405

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH 45066

(1009.1)
AMERICAN HOME MORTGAGE
BOX 631730
IRVING, TX 75063

(1011.1n)
AMERICAN HOME MORTGAGE SERVICING INC
1525 S BELTLINE ROAD
COPPELL, TX 75019

(32.1n)
CAPITAL ONE AUTO FINANCE
% ASCENSION CAPITAL GROUP
BOX 201347
ARLINGTON, TX 76006

(33.1n)
MOSS CODILIS LLP
OPTION ONE
1270 NORTHLAND DR SUITE 200
MENDOTA HEIGHTS, MN 55120

(37.1n)
OHIO DEPT OF TAXATION
% RAYMOND PIKNA JR.
600 VINE ST STE 2500
CINCINNATI, OH 45202

(1012.1n)
OPTION ONE MORTGAGE CORP
BANKRUPTCY DEPT
3 ADA DR
IRVINE, CA 92618

(34.1n)
PATRICK D HENDERSHOTT
BOX 525
TOLEDO, OH 43697

(36.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA 23541

(1009.4)
STEPHEN R FRANKS
REIMER LORBER & ARNOVITZ CO LPA
BOX 968
TWINSBURG, OH 44087

Jeffrey M. Kellner BY   ___/s/ Jeffrey M. Kellner___   sv