UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>    GREGORY T JOHNSON<br>    MAXINE DOUGLAS JOHNSON<br>                    Debtors | CASE NO: 07-33402<br>         (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4029238**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 9/ 1,010 | AMERICAN HOME MORTGAGE<br>BOX 631730<br>IRVING, TX  75063 | 52.04 |

 /s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/10/2010

Certificate of Service                    07-33402

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| GREGORY T JOHNSON<br>MAXINE DOUGLAS JOHNSON<br>211 FOLSOM DRIVE<br>DAYTON, OH  45405 | RICHARD E WEST<br>195 E CENTRAL AVE<br>BOX 938<br>SPRINGBORO, OH  45066 | (1010.1)<br>AMERICAN HOME MORTGAGE<br>BOX 631730<br>IRVING, TX  75063 |
| (1011.1n)<br>AMERICAN HOME MORTGAGE SERVICING INC<br>1525 S BELTLINE ROAD<br>COPPELL, TX  75019 | (32.1n)<br>CAPITAL ONE AUTO FINANCE<br>% ASCENSION CAPITAL GROUP<br>BOX 201347<br>ARLINGTON, TX  76006 | (33.1n)<br>MOSS CODILIS LLP<br>OPTION ONE<br>1270 NORTHLAND DR SUITE 200<br>MENDOTA HEIGHTS, MN  55120 |
| (37.1n)<br>OHIO DEPT OF TAXATION<br>% RAYMOND PIKNA JR.<br>600 VINE ST  STE 2500<br>CINCINNATI, OH  45202 | (1012.1n)<br>OPTION ONE MORTGAGE CORP<br>BANKRUPTCY DEPT<br>3 ADA DR<br>IRVINE, CA  92618 | (34.1n)<br>PATRICK D HENDERSHOTT<br>BOX 525<br>TOLEDO, OH  43697 |

(36.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv